UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/15

DAVID ZIMAND (D/B/A DAVID ZIMAND PHOTOGRAPHY)

        Plaintiff,

v.

YEDIOT AHRONOT GROUP; JERUSALEM POST FABLIKIISNS, LTD. and JOHN DOES (1-23)

        Defendants.

2015-Civil Action No. 02545 (WHP)

NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

PURUSANT to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff David Zimand and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, as to Yedioth Ahronot Group.

Dated: New York, New York
October 29, 2015

By: _____
Kevin Murphy (KM-2370)
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street, Suite 11R
New York, NY 10001
(P) (212) 380-3623
(F) (347) 537-4540
km@gs2law.com

Attorney for Plaintiff

**SO ORDERED:**

_____ 10/29/15
**U.S.D.J.**

1